THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | CASE NO. CR11-0120-JCC-24 |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| TREY OLSON, | |
| Defendant. | |

This matter comes before the Court on Defendant's motion for early termination of supervised release. (Dkt. Nos. 1262, 1263.) Having thoroughly considered the briefing and relevant record, the Court finds oral argument unnecessary and hereby GRANTS the motion for the reasons explained herein.

The facts of this case are outlined in Defendant's motion and the Court will not repeat them here. (*See id.* at 2–4.) The Court may terminate a term of supervised release after the completion of one year "if it is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice." 18 U.S.C. § 3583(e)(1). In deciding whether early termination is appropriate, the Court must consider several factors, including the nature and circumstances of the offense, the history and characteristics of the defendant, the need to deter criminal conduct, the need to protect the public from further crimes, the need to provide the defendant with correctional treatment in the most effective manner, and the need to avoid

disparity among similarly situated defendants. 18 U.S.C. § 3583(e) (citing to factors listed by 18 U.S.C. § 3553(a)); *United States v. Emmett*, 749 F.3d 817, 820 (9th Cir. 2014).

The Court has considered the § 3553(a) factors here and concludes that early termination of supervised release is warranted. Defendant has demonstrated highly commendable post-incarceration. (*See* Dkt. No. 1262 at 9–10, 18, 61.) It is clear, amongst other things, that he is not a threat to himself or the community, that no further correctional treatment is needed, and continued supervision would not deter future criminal conduct.

For the foregoing reasons, the Court finds that in consideration of the 18 U.S.C. § 3553(a) factors, early termination is warranted. Therefore, the Court GRANTS Defendant's motion (Dkt. Nos. 1262, 1263) and ORDERS that his term of supervised release is hereby TERMINATED effective immediately.

DATED this 8th day of May 2023.

John C. Coughenour
UNITED STATES DISTRICT JUDGE